UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVAN EUBANKS | * | CIVIL ACTION NO. 17-1217 |
| | * | |
| | * | SECTION: "E"(1) |
| VERSUS | * | |
| | * | JUDGE SUSIE MORGAN |
| | * | |
| SASKIA O. EUBANKS | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER

Before the Court is the Motion for Sanctions filed by defendant Saskia Eubanks (Rec. Doc. 117). On August 4, 2017, the undersigned ordered that plaintiff Ivan Eubanks pay the reasonable expenses incurred by Ms. Eubanks as a result of Mr. Eubanks' failure to comply with the Court's orders and referred the matter to the assigned Magistrate Judge for a calculation of the amount owed. (Rec. Doc. 128). The Magistrate Judge issued a Report and Recommendation on October 17, 2017. The Court, after considering the memoranda in support and opposition, the exhibits, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Mr. Eubanks pay Ms. Eubanks $27,401.36 for her reasonable attorney's fees incurred as a result of Mr. Eubanks' discovery abuses.

**New Orleans, Louisiana, this 7th day of November, 2017.**

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE